UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KAREN ZUPP, on behalf of A.W.E., Jr.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:14-cv-2545
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

This is an action instituted under the provisions of 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying the application for child's supplemental security income filed by Karen Zupp on behalf of A.W.E., Jr., a child under the age of 18. On January 22, 2016, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed pursuant to Sentence 4 of 42 U.S.C. § 405(g) and that the matter be remanded for further consideration. *Report and Recommendation*, ECF No. 21. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

Accordingly, the *Report and Recommendation*, ECF No. 21, is **ADOPTED** and **AFFIRMED**. The decision of the Commissioner of Social Security is **REVERSED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) and the matter is **REMANDED** to the Commissioner for further consideration. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.

    **IT IS SO ORDERED.**

\_\_2-9-2016_____
DATE                                                 EDMUND A. SARGUS, JR.
                                                   CHIEF UNITED STATES DISTRICT JUDGE